

*In Memory of*

# Ruben W. Hope, Jr.

May 8, 1937 - July 3, 2015

**Visitation**
**Sunday, July 05, 2015 | 6:00 pm - 8:00 pm**
Metcalf Funeral Directors
1801 East White Oak Terrace, Conroe, TX 77304 | (936) 756-3311
Driving Directions

**Funeral Service**
**Monday, July 06, 2015 | 10:00 am**
First Baptist Church Conroe
601 N Main St, Conroe, TX 77301-2507
Driving Directions

Ruben W. Hope, Jr. was born May 8, 1937 in Heights Hospital, Houston, Texas and passed away July 3, 2015 in Conroe Texas, at the age of 78.

Ruben was raised in Houston-Conroe and graduated from John H. Reagan High School, where he played center on the football team and catcher for the softball team. He was also chosen by his classmates as "Most Handsome" his senior year. After high school, Ruben attended The University of Texas at Austin, where he graduated with a BA Degree in 1959. While at The University of Texas, Ruben was a member of the Kappa Alpha Fraternity. After finishing undergraduate school, Ruben entered the University Of Texas School Of Law, where he graduated in 1963 and was a member of Phi Delta Phi.

After law school, Ruben started his career with the Texas Water Commission in Austin. He then joined Frank Briscoe as prosecutor in the district courts. After six



PLAINTIFF'S
EXHIBIT
"A"

years in the District Attorney's office, Ruben began practicing civil trial law in Houston.

In 1973, Ruben moved his family to Conroe, Texas and opened Ruben Hope & Associates, practicing civil and insurance defense litigation. Ruben has had the joy of working with several prominent lawyers in Montgomery County, Texas, and has appreciated their friendship and loyalty throughout the years. In 1989, Ruben partnered with John Causey and the firm changed to Hope and Causey, P.C., which continues today. Ruben was Board Certified in Personal Injury Trial Law, was a Life Fellow of the Texas Bar Foundation, and member of the National Board of Trial Advocacy and Defense Research Institute. During his career, Ruben tried over 200 cases to jury verdicts and handled appeals before the Texas Supreme Court. He was appointed to the State Bar Grievance Committee, where he served for five years. Ruben was also recognized in May of 2012 by the State Bar of Texas for being licensed to practice law for 50 years. He was also licensed to practice in the United States Eastern and Southern Districts and the 5th Circuit Court of Appeals. Ruben also served as President of the Montgomery County Bar Association and was voted Attorney of the Year in 1991.

Ruben also believed in giving back to the community through public service. One of Ruben's passions was education. In that regard, Ruben became a member of the Board of Trustees for the Conroe Independent School District, also holding the position of Vice President. Ruben also felt a higher calling to serve his community as State Representative from 1999-2006. During this time, Ruben was a member and Majority Leader for the Texas House of Representatives, served on the Natural Resources Committee as Chair of Budget and Oversight, and also served on the Appropriations, Civil Practices and Select Committee on Public School Finance. During his time in the Legislature, Ruben was instrumental in the creation of an additional County Court at Law for Montgomery County, Texas and the Lone Star Groundwater Conservation District; among several other bills that became law.

Ruben also served on various committees and organizations including President of the Committee for the Montgomery County Law Enforcement Center; Lifetime Committeeman for the Houston Livestock Show and Rodeo; District Chairman & Troop Leader for the Sam Houston Area Boy Scouts; Advisory Board for the Montgomery County Fair Association; President & Coach for the Conroe Area Youth Baseball League; Director & Coach for the Oak Ridge Little League; Director of the Montgomery County Community Foundation; President of the Conroe High School Athletic Booster Club; President of the Conroe Evening Lions Club; Member of the Montgomery County Master Gardener and Texas Longhorn Foundation Member.

Along with his legal career and serving his community, Ruben was a beloved family and Christian man. Ruben met his wife, Francine, on a blind date while at the University of Texas. The two were inseparable after meeting and after two years of dating, they married during Easter weekend in 1959 at Baptist Temple, Houston. As newlyweds they lived in Austin while he attended law school and she worked for the University and the Legislature.

Ruben enjoyed working with animals and tending to the land. His father taught him

to hunt, fish, ride horseback, work cattle, build fence, haul hay and find his way through the woods that is now called Camp Strake and The Woodlands. Ruben enjoyed spending time with his family and friends on vacation, coaching his children and their friends, winning lawsuits, catching up with classmates at high school reunions, attending UT Football games, the Montgomery County Fair Cook-Off and Rodeo, contributing to scholarships through purchases at the Fair and telling stories about and bragging on his children and grandchildren.

Ruben believed in God, accepted Jesus Christ as his savior and was baptized when he was a teenager. Ruben was ordained as a Deacon at the First Baptist Church in 2000. He loved his wife Francine, their children Tres, Gregg, and Alison, and their grandchildren. He was also proud that all three of their children were baptized and married in the First Baptist Church in Conroe; and they all graduated from Conroe High School and went on to receive college degrees.

Ruben was preceded in death by his parents Alma Nix Hope and Ruben Wert Hope. He is survived by his wife, Francine, and their three children and spouses: Ruben "Tres" Wert Hope III and wife Holly, Gregg Austin Hope and wife Marcy, and Alison Hope Judge and husband Richard. He is also survived by six grandchildren: Danielle Hope Bily, Ruben "Ben" Wert Hope IV, Blythe Hope, Stuart Hope, Connor Judge and Holden Judge. Ruben is also survived by his younger brother Harry L. Hope, his wife Marie Ulrich Hope and their children Brandi McIntosh, Heather Hope, Kyle Hope and Fallon Hope Miles, their spouses and children. He is also survived by his brother-in-law Charles Gordon, his wife Sherri and their children Greg Gordon, Lindsay Gordon Heppner, Anna and Madeline.

The family would like to express their sincere appreciation to Kathy Rose and Theresa Lounder for being loving companions and exceptional care givers to Ruben over the past several years.

Visitation will be 6:00pm to 8:00pm Sunday, July 5, 2015 at Metcalf Funeral Directors. The Funeral Service will be 10:00am Monday, July 6, 2015 at First Baptist Church in Conroe with an internment to follow at Forest Park the Woodlands.

In lieu of flowers the family request donations be made to the Ruben Hope Conroe High School Scholarship In Care of Montgomery County Community Foundation; 9320 Lakeside Blvd. The Woodlands, Texas 77381; **Skidd@mccfoundation.org;** Please note on checks "In Memory of Ruben Hope".